**MACROVISION CORPORATION,**
Plaintiff–Appellee,

v.

**321 STUDIOS (also known as 321 Studios LLC and Terr LLC),**
Defendant–Appellant,

v.

**United States, Defendant–Appellee.**

No. 2004–1442.

United States Court of Appeals,
Federal Circuit.

April 18, 2006.

*ORDER*

Upon consideration of 321 Studios' motion to voluntarily dismiss its appeal, from the United States District Court for the Southern District of New York in district court case no. 1:04–CV–00080,

IT IS ORDERED THAT:

IT IS ORDERED THAT:

(1) The motion is granted.